**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR NRZ INVENTORY TRUST. | : | No. 453 MAL 2020 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| ELLIOTT B. BROWN, GENNARO RAUSO AND TWENTY SIX SCHAPPERT TERRACE, LLC | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: GENNARO RAUSO | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.